**Order entered September 13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00584-CV

### MOHAMMED HARUN, ET AL., Appellants

### V.

### SHARIF RASHID, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-09394**

## ORDER

On September 9, 2016 we ordered Stephanie Moses, Official Court Reporter for the 193rd Judicial District Court, to file the reporter's record.  In a letter filed September 11, 2016, Ms. Moses has informed the Court that, with the exception of the numerous exhibits, the reporter's record has been prepared.  Ms. Moses has been paid a deposit for the record and is awaiting payment from appellants for the cost of preparing the exhibits volume(s).

On the Court's own motion, we **ORDER** Ms. Moses to file, **WITHIN TEN DAYS** of the date of this order, the portion of the reporter's record that has been paid for.

We **ORDER** appellants to provide, **WITHIN TEN DAYS** of the date of this order, written verification that they have paid or made arrangements to pay the remainder of Ms. Moses's fee for preparation of the exhibits volume(s) to the reporter's record.  *We caution*

*appellants that failure to file the requested written verification within the time specified may result in this Court ordering the appeal submitted on the portion of the reporter's record that has been paid for and will be filed.  See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Moses and counsel for all parties.

/s/      ELIZABETH LANG-MIERS
         JUSTICE